# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146930 & (35)

LEAR CORPORATION,
          Plaintiff-Appellant,

v

                                      SC:  146930
                                      COA:  309445

DEPARTMENT OF TREASURY,
          Defendant-Appellee.
                                      Court of Claims:  10-000062-MT

_____/

On order of the Court, the motion for leave to file a brief amicus curiae is GRANTED.  The application for leave to appeal the February 21, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



s0826

                                            Clerk